NUMBER 13-05-152-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
IRIS HARRINGTON,                                                           Appellant,

v.

KATHLEEN G. HARRINGTON,                                              Appellee.
____________________________________________________________________

On appeal from the 197th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, IRIS HARRINGTON, perfected an appeal from a judgment entered by
the 197th District Court of Cameron County, Texas, in cause number 2002-07-2841-C. After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 26th day of May, 2005.